# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0796
_____

MIQUEL D. PAYTON, SR,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM and CRYSTAL
COLLEEN BROWN,

    Appellees.

_____

On appeal from the Division of Administrative Hearings.
Garnett W. Chisenhall, Administrative Law Judge.


March 19, 2024


PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Miquel Devante Payton, Sr, pro se, Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellees.